PRESIDENTIAL TOWERS v. CITY OF PASSAIC.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL VERDUCCI.

May 6, 1985.

Petition for certification denied.   (See 199 *N.J.Super.* 329)

STATE OF NEW JERSEY v. JOSEPH COSTA, JOHN DEL MAURO & JOHN CUFF.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF D.B.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT GILMORE.

May 6, 1985.

Petition for certification denied.